| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Florence Hirschfeld<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5997<br>EIN: __-_____ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __-_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 13    3/11/19 |
| Case number: | 19–14880–CMG | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case          12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Florence Hirschfeld | |
| 2. | **All other names used in the last 8 years** | aka Susan Hirschfeld | |
| 3. | **Address** | 121 Yellowbank Rd<br>Toms River, NJ 08753–3155 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800 |
| 5. | **Bankruptcy trustee**<br>Name and address | Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650–4853 | Contact phone (609) 587–6888<br>www.russotrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>(800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 609–858–9333<br>Date: 3/12/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | April 18, 2019 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Chapter 13 Standing Trustee – Trenton, 1 AAA Drive, Suite 101, Robbinsville, NJ 08691** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/17/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/20/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent to you separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

```
                       United States Bankruptcy Court
                            District of New Jersey

In re:                                                          Case No. 19-14880-CMG
Florence Hirschfeld                                             Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 3          Date Rcvd: Mar 12, 2019
                              Form ID: 309I              Total Noticed: 114


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2019.
db             Florence Hirschfeld,    121 Yellowbank Rd,    Toms River, NJ 08753-3155
518074777      Account Control Technology,     PO Box 9006,    Renton, WA 98057-9006
518074778      Account Resolution Services,    PO Box 459079,    City of Sunrise, FL 33345-9079
518074779      Anil K. Gupta, MD PA,    780 Route 37 W Ste 220,    Toms River, NJ 08755-5059
518074781      Assetcare, Inc.,    5100 Peachtree Industrial Blvd,    Norcross, GA 30071-5721
518074785      BCA Financial Services, Inc.,    18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
518074784      Bankamerica,    4909 Savarese Cir,   Tampa, FL 33634-2413
518074786      Bey Lea Village Nrsg-Rehab Ctr,    515 Fairmont Ave,    Dallas, TX 75201
518074787      Brielle Orthopedics, PA,    457 Jack Martin Blvd,    Brick, NJ 08724-7776
518074788     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court: Caine & Weiner Co,     PO Box 55848,    Sherman Oaks, CA 91413-0848)
518074794      CF Medical, LLC,    PO Box 23369,   Waco, TX 76702-3369
518074798      COMCAST,    505 N Main St,    Manahawkin, NJ 08050-3021
518074791     +CareOne at Wall,    2621 Highway 138,    Wall, NJ 07719-9660
518074792     +Cascade Receivables Management,    PO Box 320006,    Birmingham, AL 35232-0006
518074796     +Citibank N.A.,    111 Wall St,   New York, NY 10005-3581
518074797      Coastal Neurosurgery, P.A.,    9 Hospital Dr,    Toms River, NJ 08755-6425
518074799      Commonwealth Financial,    245 Main St,    Scranton, PA 18519-1641
518074800      Community Medical Center St Barnabas,     PO Box 820,    Newark, NJ 07101-0820
518074802      Credence Resource Management, LLC,    PO Box 2210,    Southgate, MI 48195-4210
518074803      Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,    Southfield, MI 48034-8331
518074804      Credit Acceptance Corp,    PO Box 513,    Southfield, MI 48037-0513
518074806     +Deborah Heart & Lung Center,    200 Trenton Rd,    Browns Mills, NJ 08015-1764
518074807      Dermone Dermatology,    PO Box 4103,    Belfast, ME 04915-4100
518074808      Diagnostic Labratory Services,    520 E 22nd St,    Lombard, IL 60148-6110
518074810      Diversified Adjustment Service,    PO Box 32145,    Fridley, MN 55432-0145
518074812      Dr. Arora MD,    321 N Warren St,    Trenton, NJ 08618-4741
518074813      Dr. Owusu Boahen,    1 Plainsboro Rd,    Plainsboro, NJ 08536-1913
518074814      Dr. Panneeerselvam,    2138 Mendon Rd Ste 102,    Cumberland, RI 02864-3832
518074815      Dr. Thomas Graf,    3 Penn Plz E # PP-12M,    Newark, NJ 07105-2258
518074816      Ear Nose Throat & Facial Plastic Surgery,     PC,   723 Fitzwatertown Rd,
                Willow Grove, PA 19090-1337
518074817      Emergency Physicians of South Jersey,     90 Brick Rd,    Marlton, NJ 08053-2177
518074818      Ernest Ginalis, MD,    279 3rd Ave Ste 407,    Long Branch, NJ 07740-6218
518074819      Everbank,    7105 Corporate Dr,   Plano, TX 75024-4100
518074821      Gem Recovery Systems,    PO Box 85,    Emerson, NJ 07630-0085
518074822      Govardhana Yannam MD,    478 Brick Blvd,    Brick, NJ 08723-6077
518074824      HCFS Healthcare Financial, LLC,    AKron Billing Center,     3585 Ridge Park Dr,
                Akron, OH 44333-8203
518074826      HRRG,   PO Box 8486,    Coral Springs, FL 33075-8486
518074823      Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
518074825      Horizon Blue Cross Blue Shield of NJ,     PO Box 820,    Newark, NJ 07101-0820
518074828     +Isabel Guerrero MD,    25 Mule Rd Ste B-1,    Toms River, NJ 08755-5037
518074829     +Jersey Shore University Medica,    1945 Route 33,    Neptune, NJ 07753-4859
518074831      Jing Yang,    628 N Butrick St,   Waukegan, IL 60085-3742
518074832      KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518074833      Louis Zinterhofer,    279 3rd Ave Ste 104,    Long Branch, NJ 07740-6205
518074834      Lourdes Medical Center of Burlington Co.,     218 Sunset Rd,    Willingboro, NJ 08046-1110
518074836     +Lyons, Doughty Veldhuis,    136 Gaither Dr Ste 100,    Mount Laurel, NJ 08054-2239
518074839      MCOC OP/Jersey Shore Meridian Health Sys,     1100 Route 72 W Ste 201,
                Manahawkin, NJ 08050-2446
518074843      MRS BPO, LLC,    1930 Olney Ave,   Cherry Hill, NJ 08003-2016
518074837      Marigold Financial, LLC,    PO Box 2009,    Riverside, CA 92516-2009
518074840      Meridian Health,    PO Box 650292,   Dallas, TX 75265-0292
518074841      Meridian Medical Group-FAC PRAC,    PO Box 416768,    Boston, MA 02241-6768
518074844      Myriad Emergency Phys, LLC,    PO Box 80137,    Philadelphia, PA 19101-1137
518074845      Nader Nakhleh DO,    61 Davis Ave,    Neptune, NJ 07753-4401
518074846      Ncb Management Service,    1 Allied Dr,    Trevose, PA 19053-6945
518074847      Ocean Med Ctr,    53 Nautilus Dr,    Manahawkin, NJ 08050-2465
518074848      Paramount Recovery Sys,    PO Box 23369,    Waco, TX 76702-3369
518074849      Paramount Recovery Systems, LP,    7524 Bosque Blvd Ste L,    Waco, TX 76712-3772
518074850      Pierre Louis,    323 Belleville Ave,    Bloomfield, NJ 07003-3648
518074851      Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518074852      Professional Bureau of Collections of Ma,     PO Box 4157,    Greenwood Village, CO 80155-4157
518074853     +Progressive Insurance,    2 E 79th St,    Harvey Cedars, NJ 08008-5915
518074854      Quality Medical Transport,    PO Box 320,    Bayville, NJ 08721-0429
518074855      Raritan Bay Fcu,    491 Raritan St,    Sayreville, NJ 08872-1442
518074857      Richard J. Daniels, MD,    PO Box 5220,    Toms River, NJ 08754-5220
518074858      Riverbank Inpt Med Assoc, LLC,    PO Box 80198,    Philadelphia, PA 19101-1198
518074860      Roseanne Vantuono, MD PA,    c/o Miller Devro & Associates,     PO Box 297,
                Manasquan, NJ 08736-0297
518074867      SSS Physical Med & Rehab Service,    4 Princess Rd Ste 207,    Lawrenceville, NJ 08648-2322
518074863     +Sequium Asset Solution,    1130 Northchase Parkway St,    Marietta, GA 30067-6413
518074866      Sportscare of America, PC,    PO Box 788,    Winter Park, FL 32790-0788
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Mar 12, 2019
                              Form ID: 309I            Total Noticed: 114


518074868         Superior Court of New Jersey,    Law Division, Special Civil Part Ocean C,    118 Washington St,
                   Toms River, NJ  08753-7626
518074869         Swara Afiniwala,    300 2nd Ave,    Long Branch, NJ  07740-6303
518074872         The Childrens Hospital of Philadelphia,    3401 Civic Center Blvd,
                   Philadelphia, PA  19104-4319
518074873         Toms River Medical Group,    334 Commons Way Bldg C,    Toms River, NJ  08755-6428
518074874        +Toms River Township Tax Collector,    PO Box 607,    Toms River, NJ 08754-0607
518074875         Township Of Toms River,    PO Box 607 Tax Collector,    Toms River, NJ  08754-0607
518074876        +Township Of Toms River Tax Collector,    33 Washington Street,    Toms River, NJ 08753-7642
518074877         Trans Continental Credit & Collection Co,    PO Box 5055,    White Plains, NY  10602-5055
518074878         Tun S Chu MD,    599 Route 37 W Ste 2,    Toms River, NJ  08755-8011
518074880         US  Bank Cust PC 4 & Creditors,    50 S 16th St Ste 2050,    Philadelphia, PA  19102-2516
518074881         US Bank Cust PC6, LLC,    50 S 16th St Ste 2050,    Philadelphia, PA  19102-2516
518074882         US HomeMed, LLC,    5 Lebanon Dr,    Brielle, NJ  08730-1548
518074879         United Telemanagement Corp.,    PO Box 145465 Billing Department,    Cincinnati, OH  45250-5465
518074885        +Verizon Vision 5,    PO Box 660108,    Dallas, TX 75266-0108
518074886         Vincent Milazzo, MD,    425 Jack Martin Blvd,    Brick, NJ  08724-7732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: bkclient@straffilaw.com Mar 12 2019 23:32:51      Daniel E. Straffi,
                   Straffi & Straffi, LLC,    670 Commons Way,    Toms River, NJ  08755
tr               E-mail/Text: bnc@russotrustee.com Mar 12 2019 23:34:38      Albert Russo,
                   Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ  08650-4853
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 23:33:47      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 23:33:45      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ  07102-5235
518074780         EDI: ARSN.COM Mar 13 2019 03:03:00      ARS National Services, Inc.,    PO Box 463023,
                   Escondiddo, CA  92046-3023
518074782         E-mail/Text: billing@assa-nj.com Mar 12 2019 23:34:06      Atlantic Shore Surgical Associates,
                   478 Brick Blvd,    Brick, NJ  08723-6077
518074783         EDI: BANKAMER.COM Mar 13 2019 03:03:00      Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                   El Paso, TX  79998-2238
518074790         EDI: CAPITALONE.COM Mar 13 2019 03:03:00      Capital One Bank USA N,    15000 Capital One Dr,
                   Richmond, VA  23238-1119
518074795         EDI: CHRYSLER.COM Mar 13 2019 03:03:00      Chrysler Financial,    PO Box 551080,
                   Jacksonville, FL  32255
518074789         EDI: CAPITALONE.COM Mar 13 2019 03:03:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                   Salt Lake City, UT  84130-0285
518074793        +E-mail/Text: bankruptcy@certifiedcollection.com Mar 12 2019 23:33:40
                   Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
518074801        +EDI: CONVERGENT.COM Mar 13 2019 03:03:00      Convergent Outsourcing, Inc.,    800 SW 39th St,
                   Renton, WA 98057-4927
518074805         EDI: CCS.COM Mar 13 2019 03:03:00      Credit Collection Services,    725 Canton St,
                   Norwood, MA  02062-2679
518074809         EDI: DIRECTV.COM Mar 13 2019 03:03:00      DIRECTV,    2230 E Emperial Hwy,
                   El Segundo, CA  90245
518074811         EDI: DCI.COM Mar 13 2019 03:03:00      Diversified Consultant,    PO Box 551268,
                   Jacksonville, FL  32255-1268
518074820         EDI: CCS.COM Mar 13 2019 03:03:00      Geico Indemnity Company,    c/o Credit Collection Services,
                   725 Canton St,    Norwood, MA  02062-2679
518074827         EDI: IIC9.COM Mar 13 2019 03:03:00      IC System,    PO Box 64437,    Saint Paul, MN  55164-0437
518074830         E-mail/Text: abachman@rmbcollect.com Mar 12 2019 23:34:16      JFK Medical Center,
                   PO Box 11913,    Newark, NJ  07101-4913
518074835         EDI: RESURGENT.COM Mar 13 2019 03:03:00      LVNV Funding, LLC,    c/o Resurgent Capital Services,
                   PO Box 10587,    Greenville, SC  29603-0587
518074838        +E-mail/Text: bknotices@mbandw.com Mar 12 2019 23:34:07      Mccarthy, Burgess & Wolfe,
                   26000 Cannon Road,    Cleveland, OH 44146-1807
518074842         E-mail/Text: ebn@rwjbh.org Mar 12 2019 23:34:08      Monmouth Medical Center,    PO Box 903,
                   Oceanport, NJ  07757-0903
518074856         E-mail/Text: Supportservices@receivablesperformance.com Mar 12 2019 23:34:22
                   Receivables Performance Management, LLC,    20816 44th Ave W,    Lynnwood, WA  98036-7744
518074859         E-mail/Text: rwjebn@rwjbh.org Mar 12 2019 23:34:30      Robert Wood Johnson University Hospital,
                   PO Box 15448,    Newark, NJ  07192-5448
518074861         EDI: DRIV.COM Mar 13 2019 03:03:00      Santander Consumer USA Inc.,    PO Box 961245,
                   Fort Worth, TX  76161-0244
518074862         E-mail/Text: bankruptcy@savit.com Mar 12 2019 23:34:32      Savit Collection Agency,
                   PO Box 250,    East Brunswick, NJ  08816-0250
518074864         E-mail/Text: clientservices@simonsagency.com Mar 12 2019 23:34:22      Simon’s Agency, Inc.,
                   4963 Wintersweet Dr,    Liverpool, NY  13088-2176
518074865        +EDI: SWCR.COM Mar 13 2019 03:03:00      Southwest Credit,    4120 International Pkwy, Suite 1100,
                   Carrollton, TX 75007-1958
518074870         EDI: TDBANKNORTH.COM Mar 13 2019 03:03:00      TD Bank, NA,    PO Box 1377,
                   Lewiston, ME  04243-1377
518074883         EDI: VERIZONCOMB.COM Mar 13 2019 03:03:00      Verizon,    Verizon Wireless Bk Admin,
                   500 Technology Dr Ste 550,    Saint Charles, MO  63304-2225
518074884         EDI: VERIZONCOMB.COM Mar 13 2019 03:03:00      Verizon,    500 Technology Dr,
                   Weldon Spring, MO  63304-2225
                                                                                              TOTAL: 30
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Mar 12, 2019
                              Form ID: 309I            Total Noticed: 114
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518074871       ##The CBE Group, Inc.,    PO Box 2594 Payment Processing Center,    Waterloo, IA   50704-2594
                                                                                     TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0