Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 19−14880−CMG
                              Chapter: 13
                              Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Florence Hirschfeld
    aka Susan Hirschfeld
    121 Yellowbank Rd
    Toms River, NJ 08753−3155

Social Security No.:
    xxx−xx−5997

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO FILE DOCUMENTS**

☑    The Court having noted that the debtor filed a petition on March 11, 2019, and did not file the following documents:

    Summary of Assets/Liabilities and Stat Info, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C−1), Calculation of Your Disposable Income (122C−2) − If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,G,H,I,J.

☐    The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

    It is hereby

    ORDERED that the above document(s) must be received by the Clerk on or before 3/25/19 or the case will be dismissed.

    If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 3/25/19.

    If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Christine M. Gravelle on

Date: April 3, 2019
Time: 12:00 pm
Location: Courtroom 3
Address:    Clarkson S. Fisher Courthouse
             402 East State Street
             Trenton, NJ 08608−1507

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: March 12, 2019
JAN: gan

Christine M. Gravelle
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Florence Hirschfeld  
    Debtor

Case No. 19-14880-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 12, 2019  
                   Form ID: oscmsdoc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.  
db         Florence Hirschfeld,    121 Yellowbank Rd,    Toms River, NJ   08753-3155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 23:33:46     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:  
        Albert   Russo     docs@russotrustee.com  
        Daniel E. Straffi     on behalf of Debtor Florence   Hirschfeld bkclient@straffilaw.com,     G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                            TOTAL: 3