Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–14880–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Florence Hirschfeld
aka Susan Hirschfeld
121 Yellowbank Rd
Toms River, NJ 08753–3155

Social Security No.:
xxx–xx–5997

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:   5/15/19
Time:   10:00 AM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 26, 2019
JAN: vpm

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Florence Hirschfeld  
    Debtor

Case No. 19-14880-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3     Date Rcvd: Mar 26, 2019  
                   Form ID: 132     Total Noticed: 112

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.

```
db            Florence Hirschfeld,    121 Yellowbank Rd,    Toms River, NJ 08753-3155
518074777     Account Control Technology,    PO Box 9006,    Renton, WA 98057-9006
518074778     Account Resolution Services,    PO Box 459079,    City of Sunrise, FL 33345-9079
518074779     Anil K. Gupta, MD PA,    780 Route 37 W Ste 220,    Toms River, NJ 08755-5059
518074781     Assetcare, Inc.,    5100 Peachtree Industrial Blvd,    Norcross, GA 30071-5721
518074783    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    Attn: Bankruptcy,    PO Box 982238,
              El Paso, TX 79998-2238)
518074785     BCA Financial Services, Inc.,    18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
518074784     Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
518074786     Bey Lea Village Nrsg-Rehab Ctr,    515 Fairmont Ave,    Dallas, TX 75201
518074787     Brielle Orthopedics, PA,    457 Jack Martin Blvd,    Brick, NJ 08724-7776
518074788    ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
             (address filed with court: Caine & Weiner Co,    PO Box 55848,    Sherman Oaks, CA 91413-0848)
518074794     CF Medical, LLC,    PO Box 23369,    Waco, TX 76702-3369
518074795    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,    PO Box 551080,    Jacksonville, FL 32255)
518074798     COMCAST,    505 N Main St,    Manahawkin, NJ 08050-3021
518074791    +CareOne at Wall,    2621 Highway 138,    Wall, NJ 07719-9660
518074792    +Cascade Receivables Management,    PO Box 320006,    Birmingham, AL 35232-0006
518074796    +Citibank N.A.,    111 Wall St,    New York, NY 10005-3581
518074797     Coastal Neurosurgery, P.A.,    9 Hospital Dr,    Toms River, NJ 08755-6425
518074799     Commonwealth Financial,    245 Main St,    Scranton, PA 18519-1641
518074800     Community Medical Center St Barnabas,    PO Box 820,    Newark, NJ 07101-0820
518074801    +Convergent Outsourcing, Inc.,    800 SW 39th St,    Renton, WA 98057-4927
518074802     Credence Resource Management, LLC,    PO Box 2210,    Southgate, MI 48195-4210
518074803     Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,    Southfield, MI 48034-8331
518074804     Credit Acceptance Corp,    PO Box 513,    Southfield, MI 48037-0513
518074809    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: DIRECTV,    2230 E Emperial Hwy,    El Segundo, CA 90245)
518074806    +Deborah Heart & Lung Center,    200 Trenton Rd,    Browns Mills, NJ 08015-1764
518074807     Dermone Dermatology,    PO Box 4103,    Belfast, ME 04915-4100
518074808     Diagnostic Labratory Services,    520 E 22nd St,    Lombard, IL 60148-6110
518074810     Diversified Adjustment Service,    PO Box 32145,    Fridley, MN 55432-0145
518074812     Dr. Arora MD,    321 N Warren St,    Trenton, NJ 08618-4741
518074813     Dr. Owusu Boahen,    1 Plainsboro Rd,    Plainsboro, NJ 08536-1913
518074814     Dr. Panneeerselvam,    2138 Mendon Rd Ste 102,    Cumberland, RI 02864-3832
518074815     Dr. Thomas Graf,    3 Penn Plz E # PP-12M,    Newark, NJ 07105-2258
518074816     Ear Nose Throat & Facial Plastic Surgery,    PC,    723 Fitzwatertown Rd,
              Willow Grove, PA 19090-1337
518074817     Emergency Physicians of South Jersey,    90 Brick Rd,    Marlton, NJ 08053-2177
518074818     Ernest Ginalis, MD,    279 3rd Ave Ste 407,    Long Branch, NJ 07740-6218
518074819     Everbank,    7105 Corporate Dr,    Plano, TX 75024-4100
518074821     Gem Recovery Systems,    PO Box 85,    Emerson, NJ 07630-0085
518074822     Govardhana Yannam MD,    478 Brick Blvd,    Brick, NJ 08723-6077
518074824     HCFS Healthcare Financial, LLC,    AKron Billing Center,    3585 Ridge Park Dr,
              Akron, OH 44333-8203
518074826     HRRG,    PO Box 8486,    Coral Springs, FL 33075-8486
518074823     Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
518074825     Horizon Blue Cross Blue Shield of NJ,    PO Box 820,    Newark, NJ 07101-0820
518074827     IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518074828    +Isabel Guerrero MD,    25 Mule Rd Ste B-1,    Toms River, NJ 08755-5037
518074829    +Jersey Shore University Medica,    1945 Route 33,    Neptune, NJ 07753-4859
518074831     Jing Yang,    628 N Butrick St,    Waukegan, IL 60085-3742
518074832     KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518074833     Louis Zinterhofer,    279 3rd Ave Ste 104,    Long Branch, NJ 07740-6205
518074834     Lourdes Medical Center of Burlington Co.,    218 Sunset Rd,    Willingboro, NJ 08046-1110
518074836    +Lyons, Doughty Veldhuis,    136 Gaither Dr Ste 100,    Mount Laurel, NJ 08054-2239
518074839     MCOC OP/Jersey Shore Meridian Health Sys,    1100 Route 72 W Ste 201,
              Manahawkin, NJ 08050-2446
518074843     MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
518074837     Marigold Financial, LLC,    PO Box 2009,    Riverside, CA 92516-2009
518074840     Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
518074841     Meridian Medical Group-FAC PRAC,    PO Box 416768,    Boston, MA 02241-6768
518074844     Myriad Emergency Phys, LLC,    PO Box 80137,    Philadelphia, PA 19101-1137
518074845     Nader Nakhleh DO,    61 Davis Ave,    Neptune, NJ 07753-4401
518074846     Ncb Management Service,    1 Allied Dr,    Trevose, PA 19053-6945
518074847     Ocean Med Ctr,    53 Nautilus Dr,    Manahawkin, NJ 08050-2465
518074848     Paramount Recovery Sys,    PO Box 23369,    Waco, TX 76702-3369
518074849     Paramount Recovery Systems, LP,    7524 Bosque Blvd Ste L,    Waco, TX 76712-3772
518074850     Pierre Louis,    323 Belleville Ave,    Bloomfield, NJ 07003-3648
518074851     Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518074852     Professional Bureau of Collections of Ma,    PO Box 4157,    Greenwood Village, CO 80155-4157
518074853    +Progressive Insurance,    2 E 79th St,    Harvey Cedars, NJ 08008-5915
518074854     Quality Medical Transport,    PO Box 320,    Bayville, NJ 08721-0429
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Mar 26, 2019
                              Form ID: 132             Total Noticed: 112


518074855      Raritan Bay Fcu,    491 Raritan St,    Sayreville, NJ  08872-1442
518074857      Richard J. Daniels, MD,    PO Box 5220,    Toms River, NJ  08754-5220
518074858      Riverbank Inpt Med Assoc, LLC,    PO Box 80198,    Philadelphia, PA  19101-1198
518074860      Roseanne Vantuono, MD PA,    c/o Miller Devro & Associates,    PO Box 297,
                Manasquan, NJ  08736-0297
518074867      SSS Physical Med & Rehab Service,    4 Princess Rd Ste 207,    Lawrenceville, NJ  08648-2322
518074861      Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX  76161-0244
518074863     +Sequium Asset Solution,    1130 Northchase Parkway St,    Marietta, GA 30067-6413
518074866      Sportscare of America, PC,    PO Box 788,    Winter Park, FL  32790-0788
518074868      Superior Court of New Jersey,    Law Division, Special Civil Part Ocean C,    118 Washington St,
                Toms River, NJ  08753-7626
518074869      Swara Afiniwala,    300 2nd Ave,    Long Branch, NJ  07740-6303
518074872      The Childrens Hospital of Philadelphia,    3401 Civic Center Blvd,
                Philadelphia, PA  19104-4319
518074873      Toms River Medical Group,    334 Commons Way Bldg C,    Toms River, NJ  08755-6428
518074874     +Toms River Township Tax Collector,    PO Box 607,    Toms River, NJ 08754-0607
518074875      Township Of Toms River,    PO Box 607 Tax Collector,    Toms River, NJ  08754-0607
518074876     +Township Of Toms River Tax Collector,    33 Washington Street,    Toms River, NJ 08753-7642
518074877      Trans Continental Credit & Collection Co,    PO Box 5055,    White Plains, NY  10602-5055
518074878      Tun S Chu MD,    599 Route 37 W Ste 2,    Toms River, NJ  08755-8011
518074880      US  Bank Cust PC 4 & Creditors,    50 S 16th St Ste 2050,    Philadelphia, PA  19102-2516
518074881      US Bank Cust PC6, LLC,    50 S 16th St Ste 2050,    Philadelphia, PA  19102-2516
518074882      US HomeMed, LLC,    5 Lebanon Dr,    Brielle, NJ  08730-1548
518074879      United Telemanagement Corp.,    PO Box 145465 Billing Department,    Cincinnati, OH  45250-5465
518074885     +Verizon Vision 5,    PO Box 660108,    Dallas, TX 75266-0108
518074886      Vincent Milazzo, MD,    425 Jack Martin Blvd,    Brick, NJ  08724-7732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 00:02:28      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 00:02:23      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
518074780      E-mail/Text: legal@arsnational.com Mar 27 2019 00:01:50      ARS National Services, Inc.,
                PO Box 463023,    Escondiddo, CA  92046-3023
518074782      E-mail/Text: billing@assa-nj.com Mar 27 2019 00:02:55      Atlantic Shore Surgical Associates,
                478 Brick Blvd,    Brick, NJ  08723-6077
518074790      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 00:04:37
                Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA  23238-1119
518074789      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 00:04:37      Capital One,
                Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
518074793     +E-mail/Text: bankruptcy@certifiedcollection.com Mar 27 2019 00:02:10
                Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
518074805      E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 27 2019 00:03:26
                Credit Collection Services,    725 Canton St,    Norwood, MA  02062-2679
518074811      E-mail/Text: bankruptcynotices@dcicollect.com Mar 27 2019 00:03:08      Diversified Consultant,
                PO Box 551268,    Jacksonville, FL  32255-1268
518074820      E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 27 2019 00:03:26
                Geico Indemnity Company,    c/o Credit Collection Services,    725 Canton St,
                Norwood, MA  02062-2679
518074830      E-mail/Text: abachman@rmbcollect.com Mar 27 2019 00:03:12      JFK Medical Center,
                PO Box 11913,    Newark, NJ  07101-4913
518074835      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2019 00:04:17      LVNV Funding, LLC,
                c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
518074838     +E-mail/Text: bknotices@mbandw.com Mar 27 2019 00:02:55      Mccarthy, Burgess & Wolfe,
                26000 Cannon Road,    Cleveland, OH 44146-1807
518074842      E-mail/Text: ebn@rwjbh.org Mar 27 2019 00:03:02      Monmouth Medical Center,    PO Box 903,
                Oceanport, NJ  07757-0903
518074856      E-mail/Text: Supportservices@receivablesperformance.com Mar 27 2019 00:03:20
                Receivables Performance Management, LLC,    20816 44th Ave W,    Lynnwood, WA  98036-7744
518074859      E-mail/Text: rwjebn@rwjbh.org Mar 27 2019 00:03:27      Robert Wood Johnson University Hospital,
                PO Box 15448,    Newark, NJ  07192-5448
518074862      E-mail/Text: bankruptcy@savit.com Mar 27 2019 00:03:29      Savit Collection Agency,
                PO Box 250,    East Brunswick, NJ  08816-0250
518074864      E-mail/Text: clientservices@simonsagency.com Mar 27 2019 00:03:20      Simon’s Agency, Inc.,
                4963 Wintersweet Dr,    Liverpool, NY  13088-2176
518074865     +E-mail/Text: bankruptcy@sw-credit.com Mar 27 2019 00:02:30      Southwest Credit,
                4120 International Pkwy, Suite 1100,    Carrollton, TX 75007-1958
518074870      E-mail/Text: bankruptcy@td.com Mar 27 2019 00:02:32      TD Bank, NA,    PO Box 1377,
                Lewiston, ME  04243-1377
518074883      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2019 00:00:53
                Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                Saint Charles, MO  63304-2225
518074884      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2019 00:00:52
                Verizon,    500 Technology Dr,    Weldon Spring, MO  63304-2225
                                                                                               TOTAL: 22
```

```
District/off: 0312-3          User: admin               Page 3 of 3                Date Rcvd: Mar 26, 2019
                              Form ID: 132              Total Noticed: 112

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518074871      ##The CBE Group, Inc.,    PO Box 2594 Payment Processing Center,    Waterloo, IA  50704-2594
                                                                                     TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Florence  Hirschfeld bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Kevin Gordon McDonald    on behalf of Creditor    TIAA, FSB, FORMERLY KNOWN AS EVERBANK
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```