**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49770
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Credit Acceptance Corporation

---

In Re:

FLORENCE HIRSHFELD

**Order Filed on December 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-14880

Adv. No.:

Hearing Date: 11-6-19

Judge: CMG

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 2, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Florence Hirshfeld**
**19-14880(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Credit Acceptance Corporation, with the appearance of Daniel Straffi, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Credit Acceptance Corporation is the holder of a first purchase money security interest encumbering a 2012 Toyota Camry bearing vehicle identification number 4T1BF1FK0CU582910 (hereinafter the "vehicle").

2. **Capitalizing a portion of arrears:** To cure arrears, the debtor shall modify the plan to capitalize and cure a portion of arrears of $1578 though the plan.

3. **Direct payments:** The debtor shall make a direct payment of $500 to Credit Acceptance by 11-10-19 and shall make all direct payments to Credit Acceptance in the amount of $455.63 beginning with the 11-2-19 payment. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Credit Acceptance Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney.

4. **Trustee payments:** The debtor shall make all trustee payments within the month they fall due. In the event the debtor fails to make any trustee payment within the month it falls due, Credit Acceptance Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney.

5. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Credit Acceptance Corporation shall receive to repossess and sell the vehicle by filing a certification of lapse of insurance and serving it upon the debtor and her attorney.

6. The debtor shall pay to Credit Acceptance Corporation through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Florence Hirschfeld  
    Debtor

Case No. 19-14880-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 02, 2019  
                                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2019.
db        Florence Hirschfeld,    121 Yellowbank Rd,    Toms River, NJ   08753-3155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2019 at the address(es) listed below:
           Albert   Russo    docs@russotrustee.com
           Daniel E. Straffi    on behalf of Debtor Florence  Hirschfeld bkclient@straffilaw.com,
            G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
           Denise E. Carlon    on behalf of Creditor    TIAA, FSB, FORMERLY KNOWN AS EVERBANK
            dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
           John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation
            ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
           Kevin Gordon McDonald    on behalf of Creditor   TIAA, FSB, FORMERLY KNOWN AS EVERBANK
            kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6