Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19–14880–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Florence Hirschfeld
   aka Susan Hirschfeld
   121 Yellowbank Rd
   Toms River, NJ 08753–3155

Social Security No.:
   xxx–xx–5997

Employer's Tax I.D. No.:

---

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on October 23, 2019.

On 2/12/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           March 18, 2020
Time:          10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 13, 2020
JAN: vpm

                                                                                                Jeanne Naughton
                                                                                                Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                              Case No. 19-14880-CMG
Florence Hirschfeld                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin             Page 1 of 3           Date Rcvd: Feb 13, 2020
                              Form ID: 185            Total Noticed: 122


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db             Florence Hirschfeld,    121 Yellowbank Rd,    Toms River, NJ 08753-3155
aty           +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Collingswood, NJ 08108-2812
lm            +Bank of America,    9700 Bissonnet Street,    Suite 1500,    Houston, TX 77036-8013
cr           ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,     25505 W. 12 Mile Road,
                 Southfield, MI 48034-1846)
518074777      Account Control Technology,    PO Box 9006,    Renton, WA 98057-9006
518074778      Account Resolution Services,    PO Box 459079,    City of Sunrise, FL 33345-9079
518074779      Anil K. Gupta, MD PA,    780 Route 37 W Ste 220,    Toms River, NJ 08755-5059
518074781      Assetcare, Inc.,    5100 Peachtree Industrial Blvd,    Norcross, GA 30071-5721
518074783    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX 79998-2238)
518074785      BCA Financial Services, Inc.,    18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
518256576      Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
518074784      Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
518074786      Bey Lea Village Nrsg-Rehab Ctr,    515 Fairmont Ave,    Dallas, TX 75201
518074787      Brielle Orthopedics, PA,    457 Jack Martin Blvd,    Brick, NJ 08724-7776
518074788    ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner Co,    PO Box 55848,    Sherman Oaks, CA 91413-0848)
518074794      CF Medical, LLC,    PO Box 23369,    Waco, TX 76702-3369
518074795    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,    PO Box 551080,    Jacksonville, FL 32255)
518197075     +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
518074791     +CareOne at Wall,    2621 Highway 138,    Wall, NJ 07719-9660
518074792     +Cascade Receivables Management,    PO Box 320006,    Birmingham, AL 35232-0006
518074796     +Citibank N.A.,    111 Wall St,    New York, NY 10005-3581
518074797      Coastal Neurosurgery, P.A.,    9 Hospital Dr,    Toms River, NJ 08755-6425
518074799      Commonwealth Financial,    245 Main St,    Scranton, PA 18519-1641
518074800      Community Medical Center St Barnabas,     PO Box 820,    Newark, NJ 07101-0820
518074802      Credence Resource Management, LLC,    PO Box 2210,    Southgate, MI 48195-4210
518074803      Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,    Southfield, MI 48034-8331
518074804      Credit Acceptance Corp,    PO Box 513,    Southfield, MI 48037-0513
518074806     +Deborah Heart & Lung Center,    200 Trenton Rd,    Browns Mills, NJ 08015-1764
518074807      Dermone Dermatology,    PO Box 4103,    Belfast, ME 04915-4100
518074808      Diagnostic Labratory Services,    520 E 22nd St,    Lombard, IL 60148-6110
518074810      Diversified Adjustment Service,    PO Box 32145,    Fridley, MN 55432-0145
518074812      Dr. Arora MD,    321 N Warren St,    Trenton, NJ 08618-4741
518074813      Dr. Owusu Boahen,    1 Plainsboro Rd,    Plainsboro, NJ 08536-1913
518074814      Dr. Panneeerselvam,    2138 Mendon Rd Ste 102,    Cumberland, RI 02864-3832
518074815      Dr. Thomas Graf,    3 Penn Plz E # PP-12M,    Newark, NJ 07105-2258
518074816      Ear Nose Throat & Facial Plastic Surgery,     PC,    723 Fitzwatertown Rd,
                 Willow Grove, PA 19090-1337
518074817      Emergency Physicians of South Jersey,     90 Brick Rd,    Marlton, NJ 08053-2177
518074818      Ernest Ginalis, MD,    279 3rd Ave Ste 407,    Long Branch, NJ 07740-6218
518074819      Everbank,    7105 Corporate Dr,    Plano, TX 75024-4100
518074821      Gem Recovery Systems,    PO Box 85,    Emerson, NJ 07630-0085
518074822      Govardhana Yannam MD,    478 Brick Blvd,    Brick, NJ 08723-6077
518074824      HCFS Healthcare Financial, LLC,    AKron Billing Center,    3585 Ridge Park Dr,
                 Akron, OH 44333-8203
518074826      HRRG,    PO Box 8486,    Coral Springs, FL 33075-8486
518074823      Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
518074825      Horizon Blue Cross Blue Shield of NJ,     PO Box 820,    Newark, NJ 07101-0820
518074827      IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518074828     +Isabel Guerrero MD,    25 Mule Rd Ste B-1,    Toms River, NJ 08755-5037
518074829     +Jersey Shore University Medica,    1945 Route 33,    Neptune, NJ 07753-4859
518074831      Jing Yang,    628 N Butrick St,    Waukegan, IL 60085-3742
518074832      KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518074833      Louis Zinterhofer,    279 3rd Ave Ste 104,    Long Branch, NJ 07740-6205
518074834      Lourdes Medical Center of Burlington Co.,     218 Sunset Rd,    Willingboro, NJ 08046-1110
518074836     +Lyons, Doughty Veldhuis,    136 Gaither Dr Ste 100,    Mount Laurel, NJ 08054-2239
518074839      MCOC OP/Jersey Shore Meridian Health Sys,     1100 Route 72 W Ste 201,
                 Manahawkin, NJ 08050-2446
518074843      MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
518074837      Marigold Financial, LLC,    PO Box 2009,    Riverside, CA 92516-2009
518074840      Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
518074841      Meridian Medical Group-FAC PRAC,    PO Box 416768,    Boston, MA 02241-6768
518074844      Myriad Emergency Phys, LLC,    PO Box 80137,    Philadelphia, PA 19101-1137
518074845      Nader Nakhleh DO,    61 Davis Ave,    Neptune, NJ 07753-4401
518074846      Ncb Management Service,    1 Allied Dr,    Trevose, PA 19053-6945
518074847      Ocean Med Ctr,    53 Nautilus Dr,    Manahawkin, NJ 08050-2465
518074848      Paramount Recovery Sys,    PO Box 23369,    Waco, TX 76702-3369
518074849      Paramount Recovery Systems, LP,    7524 Bosque Blvd Ste L,    Waco, TX 76712-3772
518074850      Pierre Louis,    323 Belleville Ave,    Bloomfield, NJ 07003-3648
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Feb 13, 2020
                              Form ID: 185             Total Noticed: 122


518074851      Pressler & Pressler,    7 Entin Road,    Parsippany, NJ   07054-5020
518074852      Professional Bureau of Collections of Ma,    PO Box 4157,    Greenwood Village, CO   80155-4157
518074853     +Progressive Insurance,    2 E 79th St,    Harvey Cedars, NJ 08008-5915
518074854      Quality Medical Transport,    PO Box 320,    Bayville, NJ   08721-0429
518074855      Raritan Bay Fcu,    491 Raritan St,    Sayreville, NJ   08872-1442
518074857      Richard J. Daniels, MD,    PO Box 5220,    Toms River, NJ   08754-5220
518074858      Riverbank Inpt Med Assoc, LLC,    PO Box 80198,    Philadelphia, PA   19101-1198
518074860      Roseanne Vantuono, MD PA,    c/o Miller Devro & Associates,    PO Box 297,
                Manasquan, NJ   08736-0297
518074867      SSS Physical Med & Rehab Service,    4 Princess Rd Ste 207,    Lawrenceville, NJ   08648-2322
518074861      Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX   76161-0244
518074863     +Sequium Asset Solution,    1130 Northchase Parkway St,    Marietta, GA 30067-6413
518074866      Sportscare of America, PC,    PO Box 788,    Winter Park, FL   32790-0788
518074868      Superior Court of New Jersey,    Law Division, Special Civil Part Ocean C,    118 Washington St,
                Toms River, NJ   08753-7626
518074869      Swara Afiniwala,    300 2nd Ave,    Long Branch, NJ   07740-6303
518255533      TIAA, FSB, FORMERLY KNOWN AS EVERBANK,    c/o Bank of America, N.A.,    PO Box 31785,
                Tampa, FL 33631-3785
518074872      The Childrens Hospital of Philadelphia,    3401 Civic Center Blvd,
                Philadelphia, PA   19104-4319
518074873      Toms River Medical Group,    334 Commons Way Bldg C,    Toms River, NJ   08755-6428
518074874     +Toms River Township Tax Collector,    PO Box 607,    Toms River, NJ 08754-0607
518074875      Township Of Toms River,    PO Box 607 Tax Collector,    Toms River, NJ   08754-0607
518074876     +Township of Toms River Tax Collector,    33 Washington Street,    Toms River, NJ 08753-7642
518074877      Trans Continental Credit & Collection Co,    PO Box 5055,    White Plains, NY   10602-5055
518074878      Tun S Chu MD,    599 Route 37 W Ste 2,    Toms River, NJ   08755-8011
518142699      U.S. Department of HUD,    451 7th Street S.W.,    Washington, Dc   202410
518074880      US  Bank Cust PC 4 & Creditors,    50 S 16th St Ste 2050,    Philadelphia, PA   19102-2516
518074881      US Bank Cust PC6, LLC,    50 S 16th St Ste 2050,    Philadelphia, PA   19102-2516
518074882      US HomeMed, LLC,    5 Lebanon Dr,    Brielle, NJ   08730-1548
518074879      United Telemanagement Corp.,    PO Box 145465 Billing Department,    Cincinnati, OH   45250-5465
518074885     +Verizon Vision 5,    PO Box 660108,    Dallas, TX 75266-0108
518074886      Vincent Milazzo, MD,    425 Jack Martin Blvd,    Brick, NJ   08724-7732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2020 01:09:17      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2020 01:09:14       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518074780      E-mail/Text: legal@arsnational.com Feb 14 2020 01:08:40       ARS National Services, Inc.,
                PO Box 463023,    Escondiddo, CA   92046-3023
518074782      E-mail/Text: billing@assa-nj.com Feb 14 2020 01:09:47       Atlantic Shore Surgical Associates,
                478 Brick Blvd,    Brick, NJ   08723-6077
518074790      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2020 01:13:56
                Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA   23238-1119
518074798      E-mail/Text: documentfiling@lciinc.com Feb 14 2020 01:07:48       COMCAST,    505 N Main St,
                Manahawkin, NJ   08050-3021
518074789      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2020 01:12:14        Capital One,
                Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT   84130-0285
518173230     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2020 01:14:21
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518074793     +E-mail/Text: bankruptcy@certifiedcollection.com Feb 14 2020 01:09:02
                Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
518074801     +E-mail/Text: convergent@ebn.phinsolutions.com Feb 14 2020 01:09:51
                Convergent Outsourcing, Inc.,    800 SW 39th St,    Renton, WA 98057-4927
518074805      E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 14 2020 01:10:19
                Credit Collection Services,    725 Canton St,    Norwood, MA   02062-2679
518074809      E-mail/Text: G06041@att.com Feb 14 2020 01:09:49      DIRECTV,    2230 E Emperial Hwy,
                El Segundo, CA   90245
518239918     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2020 01:14:21       Directv, LLC,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518074811      E-mail/Text: bankruptcynotices@dcicollect.com Feb 14 2020 01:10:00       Diversified Consultant,
                PO Box 551268,    Jacksonville, FL   32255-1268
518074820      E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 14 2020 01:10:19
                Geico Indemnity Company,    c/o Credit Collection Services,    725 Canton St,
                Norwood, MA   02062-2679
518074830      E-mail/Text: abachman@rmbcollect.com Feb 14 2020 01:10:02       JFK Medical Center,
                PO Box 11913,    Newark, NJ   07101-4913
518074835      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 01:13:23        LVNV Funding, LLC,
                c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
518074838     +E-mail/Text: bknotices@mbandw.com Feb 14 2020 01:09:48       Mccarthy, Burgess & Wolfe,
                26000 Cannon Road,    Cleveland, OH 44146-1807
518074842      E-mail/Text: ebn@rwjbh.org Feb 14 2020 01:09:51       Monmouth Medical Center,    PO Box 903,
                Oceanport, NJ   07757-0903
518074856      E-mail/Text: Supportservices@receivablesperformance.com Feb 14 2020 01:10:12
                Receivables Performance Management, LLC,    20816 44th Ave W,    Lynnwood, WA   98036-7744
518074859      E-mail/Text: rwjebn@rwjbh.org Feb 14 2020 01:10:21       Robert Wood Johnson University Hospital,
                PO Box 15448,    Newark, NJ   07192-5448
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Feb 13, 2020
                              Form ID: 185             Total Noticed: 122
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518074862         E-mail/Text: bankruptcy@savit.com Feb 14 2020 01:10:24      Savit Collection Agency,
                  PO Box 250,    East Brunswick, NJ   08816-0250
518074864         E-mail/Text: clientservices@simonsagency.com Feb 14 2020 01:10:12      Simon's Agency, Inc.,
                  4963 Wintersweet Dr,    Liverpool, NY   13088-2176
518074865        +E-mail/Text: bankruptcy@sw-credit.com Feb 14 2020 01:09:18      Southwest Credit,
                  4120 International Pkwy, Suite 1100,    Carrollton, TX 75007-1958
518074870         E-mail/Text: bankruptcy@td.com Feb 14 2020 01:09:20      TD Bank, NA,   PO Box 1377,
                  Lewiston, ME   04243-1377
518074883         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 14 2020 01:07:39
                  Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                  Saint Charles, MO   63304-2225
518239892        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2020 01:13:28      Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518074884         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 14 2020 01:07:39
                  Verizon,    500 Technology Dr,   Weldon Spring, MO   63304-2225
                                                                                              TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518074871      ##The CBE Group, Inc.,   PO Box 2594 Payment Processing Center,    Waterloo, IA   50704-2594
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Florence   Hirschfeld bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    TIAA, FSB, FORMERLY KNOWN AS EVERBANK
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    TIAA, FSB, FORMERLY KNOWN AS EVERBANK
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```