UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for :  Credit Acceptance Corporation
Our File No.:  50623
JM-5630

**Order Filed on February 20, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Florence Hirschfeld

Case No.: _____19-14880_____

Hearing Date: _____2-19-2020_____

Judge: _____CMG_____

Chapter: _____13_____

Recommended Local Form:        ☑ Followed        ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: **February 20, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____Credit Acceptance Corporation_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏    Real property more fully described as:

☑    Personal property more fully described as:

 2012 Toyota Camry
 Vehicle Identification Number
 4T1BF1FK0CU582910

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:
Florence Hirschfeld
          Debtor

Case No. 19-14880-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Feb 20, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db          Florence Hirschfeld,    121 Yellowbank Rd,    Toms River, NJ  08753-3155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Daniel E. Straffi   on behalf of Debtor Florence  Hirschfeld bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon   on behalf of Creditor   TIAA, FSB, FORMERLY KNOWN AS EVERBANK
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John R. Morton, Jr.   on behalf of Creditor   Credit Acceptance Corporation
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin Gordon McDonald   on behalf of Creditor   TIAA, FSB, FORMERLY KNOWN AS EVERBANK
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7