UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
TIAA, FSB, FORMERLY KNOWN AS EVERBANK

**Order Filed on April 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Florence Hirschfeld,

Debtors.

Case No.: 19-14880 CMG

Adv. No.:

Hearing Date: 4/15/2020 @ 9:00 a.m..

Judge: Christine M. Gravelle

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 23, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Florence Hirschfeld
Case No:  19-14880 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

___

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, TIAA, FSB, FORMERLY KNOWN AS EVERBANK, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 121 Yellowbank Road, Toms River, NJ, 08753, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Daniel E. Straffi, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of April 6, 2020, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due April 2019 through April 2020 for a total post-petition default of $25,042.42 (12 @ $1,924.99, 1 @ $1,942.54); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $25,042.42 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor will file a modified plan within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume May 1, 2020, directly to Secured Creditor's servicer, Bank of America, N.A. PO Box 660933, Dallas, TX 75266 (Note:  the amount of the monthly mortgage payment is subject to change according to the terms of the note and  mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                                Case No. 19-14880-CMG
Florence Hirschfeld                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin               Page 1 of 1           Date Rcvd: Apr 23, 2020
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.
db              Florence Hirschfeld,    121 Yellowbank Rd,    Toms River, NJ   08753-3155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Daniel E. Straffi     on behalf of Debtor Florence    Hirschfeld bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon     on behalf of Creditor    TIAA, FSB, FORMERLY KNOWN AS EVERBANK
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald     on behalf of Creditor    TIAA, FSB, FORMERLY KNOWN AS EVERBANK
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7