Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  19−14880−CMG
                        Chapter:  13
                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Florence Hirschfeld
   aka Susan Hirschfeld
   121 Yellowbank Rd
   Toms River, NJ 08753−3155

Social Security No.:
   xxx−xx−5997

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/7/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 7, 2020
JAN: dmi

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-14880-CMG

Florence Hirschfeld  Chapter 13

Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 5
Date Rcvd: Oct 07, 2020    Form ID: 148    Total Noticed: 123

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Florence Hirschfeld, 121 Yellowbank Rd, Toms River, NJ 08753-3155 |
| aty | #+ | KML Law Group, PC, 216 Haddon Avenue, Ste 406, Collingswood, NJ 08108-2812 |
| lm | + | Bank of America, 9700 Bissonnet Street, Suite 1500, Houston, TX 77036-8013 |
| 518074777 | | Account Control Technology, PO Box 9006, Renton, WA 98057-9006 |
| 518074778 | | Account Resolution Services, PO Box 459079, City of Sunrise, FL 33345-9079 |
| 518074779 | | Anil K. Gupta, MD PA, 780 Route 37 W Ste 220, Toms River, NJ 08755-5059 |
| 518074781 | | Assetcare, Inc., 5100 Peachtree Industrial Blvd, Norcross, GA 30071-5721 |
| 518074785 | | BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 518074786 | | Bey Lea Village Nrsg-Rehab Ctr, 515 Fairmont Ave, Dallas, TX 75201 |
| 518074787 | | Brielle Orthopedics, PA, 457 Jack Martin Blvd, Brick, NJ 08724-7776 |
| 518074788 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner Co, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 518074794 | | CF Medical, LLC, PO Box 23369, Waco, TX 76702-3369 |
| 518074791 | + | CareOne at Wall, 2621 Highway 138, Wall, NJ 07719-9660 |
| 518074792 | + | Cascade Receivables Management, PO Box 320006, Birmingham, AL 35232-0006 |
| 518074796 | + | Citibank N.A., 111 Wall St, New York, NY 10005-3581 |
| 518074797 | | Coastal Neurosurgery, P.A., 9 Hospital Dr, Toms River, NJ 08755-6425 |
| 518074799 | | Commonwealth Financial, 245 Main St, Scranton, PA 18519-1641 |
| 518074800 | | Community Medical Center St Barnabas, PO Box 820, Newark, NJ 07101-0820 |
| 518074806 | + | Deborah Heart & Lung Center, 200 Trenton Rd, Browns Mills, NJ 08015-1764 |
| 518074807 | | Dermone Dermatology, PO Box 4103, Belfast, ME 04915-4100 |
| 518074808 | | Diagnostic Laboratory Services, 520 E 22nd St, Lombard, IL 60148-6110 |
| 518074810 | | Diversified Adjustment Service, PO Box 32145, Fridley, MN 55432-0145 |
| 518074812 | | Dr. Arora MD, 321 N Warren St, Trenton, NJ 08618-4741 |
| 518074813 | | Dr. Owusu Boahen, 1 Plainsboro Rd, Plainsboro, NJ 08536-1913 |
| 518074814 | | Dr. Panneeerselvam, 2138 Mendon Rd Ste 102, Cumberland, RI 02864-3832 |
| 518074815 | | Dr. Thomas Graf, 3 Penn Plz E # PP-12M, Newark, NJ 07105-2258 |
| 518074816 | | Ear Nose Throat & Facial Plastic Surgery, PC, 723 Fitzwatertown Rd, Willow Grove, PA 19090-1337 |
| 518074817 | | Emergency Physicians of South Jersey, 90 Brick Rd, Marlton, NJ 08053-2177 |
| 518074818 | | Ernest Ginalis, MD, 279 3rd Ave Ste 407, Long Branch, NJ 07740-6218 |
| 518074819 | | Everbank, 7105 Corporate Dr, Plano, TX 75024-4100 |
| 518074821 | | Gem Recovery Systems, PO Box 85, Emerson, NJ 07630-0085 |
| 518074822 | | Govardhana Yannam MD, 478 Brick Blvd, Brick, NJ 08723-6077 |
| 518074824 | | HCFS Healthcare Financial, LLC, AKron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 518074826 | | HRRG, PO Box 8486, Coral Springs, FL 33075-8486 |
| 518074823 | | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 518074825 | | Horizon Blue Cross Blue Shield of NJ, PO Box 820, Newark, NJ 07101-0820 |
| 518074828 | + | Isabel Guerrero MD, 25 Mule Rd Ste B-1, Toms River, NJ 08755-5037 |
| 518074829 | + | Jersey Shore University Medica, 1945 Route 33, Neptune, NJ 07753-4859 |
| 518074831 | | Jing Yang, 628 N Butrick St, Waukegan, IL 60085-3742 |
| 518074832 | # | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 518074833 | | Louis Zinterhofer, 279 3rd Ave Ste 104, Long Branch, NJ 07740-6205 |
| 518074834 | | Lourdes Medical Center of Burlington Co., 218 Sunset Rd, Willingboro, NJ 08046-1110 |
| 518074836 | + | Lyons, Doughty Veldhuis, 136 Gaither Dr Ste 100, Mount Laurel, NJ 08054-2239 |

Case 19-14880-CMG    Doc 67    Filed 10/09/20    Entered 10/10/20 00:59:16    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 148 | Total Noticed: 123 |

| | | |
|---|---|---|
| 518074839 | | MCOC OP/Jersey Shore Meridian Health Sys, 1100 Route 72 W Ste 201, Manahawkin, NJ 08050-2446 |
| 518074843 | | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 518074837 | | Marigold Financial, LLC, PO Box 2009, Riverside, CA 92516-2009 |
| 518074840 | | Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 518074841 | | Meridian Medical Group-FAC PRAC, PO Box 416768, Boston, MA 02241-6768 |
| 518074844 | | Myriad Emergency Phys, LLC, PO Box 80137, Philadelphia, PA 19101-1137 |
| 518074845 | | Nader Nakhleh DO, 61 Davis Ave, Neptune, NJ 07753-4401 |
| 518074846 | | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 518074847 | | Ocean Med Ctr, 53 Nautilus Dr, Manahawkin, NJ 08050-2465 |
| 518074848 | | Paramount Recovery Sys, PO Box 23369, Waco, TX 76702-3369 |
| 518074849 | | Paramount Recovery Systems, LP, 7524 Bosque Blvd Ste L, Waco, TX 76712-3772 |
| 518074850 | | Pierre Louis, 323 Belleville Ave, Bloomfield, NJ 07003-3648 |
| 518074851 | | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518074852 | | Professional Bureau of Collections of Ma, PO Box 4157, Greenwood Village, CO 80155-4157 |
| 518074853 | + | Progressive Insurance, 2 E 79th St, Harvey Cedars, NJ 08008-5915 |
| 518074854 | | Quality Medical Transport, PO Box 320, Bayville, NJ 08721-0429 |
| 518074855 | | Raritan Bay Fcu, 491 Raritan St, Sayreville, NJ 08872-1442 |
| 518074857 | | Richard J. Daniels, MD, PO Box 5220, Toms River, NJ 08754-5220 |
| 518074858 | | Riverbank Inpt Med Assoc, LLC, PO Box 80198, Philadelphia, PA 19101-1198 |
| 518074860 | | Roseanne Vantuono, MD PA, c/o Miller Devro & Associates, PO Box 297, Manasquan, NJ 08736-0297 |
| 518074867 | | SSS Physical Med & Rehab Service, 4 Princess Rd Ste 207, Lawrenceville, NJ 08648-2322 |
| 518074863 | + | Sequium Asset Solution, 1130 Northchase Parkway St, Marietta, GA 30067-6413 |
| 518074866 | | Sportscare of America, PC, PO Box 788, Winter Park, FL 32790-0788 |
| 518074868 | | Superior Court of New Jersey, Law Division, Special Civil Part Ocean C, 118 Washington St, Toms River, NJ 08753-7626 |
| 518074869 | | Swara Afiniwala, 300 2nd Ave, Long Branch, NJ 07740-6303 |
| 518074871 | | The CBE Group, Inc., PO Box 2594 Payment Processing Center, Waterloo, IA 50704-2594 |
| 518074872 | | The Childrens Hospital of Philadelphia, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 518074873 | | Toms River Medical Group, 334 Commons Way Bldg C, Toms River, NJ 08755-6428 |
| 518074874 | + | Toms River Township Tax Collector, PO Box 607, Toms River, NJ 08754-0607 |
| 518074875 | | Township Of Toms River, PO Box 607 Tax Collector, Toms River, NJ 08754-0607 |
| 518074876 | + | Township Of Toms River Tax Collector, 33 Washington Street, Toms River, NJ 08753-7642 |
| 518074877 | | Trans Continental Credit & Collection Co, PO Box 5055, White Plains, NY 10602-5055 |
| 518074878 | | Tun S Chu MD, 599 Route 37 W Ste 2, Toms River, NJ 08755-8011 |
| 518142699 | | U.S. Department of HUD, 451 7th Street S.W., Washington, Dc 202410 |
| 518074880 | | US Bank Cust PC 4 & Creditors, 50 S 16th St Ste 2050, Philadelphia, PA 19102-2516 |
| 518074881 | | US Bank Cust PC6, LLC, 50 S 16th St Ste 2050, Philadelphia, PA 19102-2516 |
| 518074882 | | US HomeMed, LLC, 5 Lebanon Dr, Brielle, NJ 08730-1548 |
| 518074879 | | United Telemanagement Corp., PO Box 145465 Billing Department, Cincinnati, OH 45250-5465 |
| 518074885 | + | Verizon Vision 5, PO Box 660108, Dallas, TX 75266-0108 |
| 518074886 | | Vincent Milazzo, MD, 425 Jack Martin Blvd, Brick, NJ 08724-7732 |

TOTAL: 83

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2020 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2020 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Oct 07 2020 22:16:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Southfield, MI 48034-1846 |
| 518074780 | | EDI: ARSN.COM | Oct 08 2020 01:43:00 | ARS National Services, Inc., PO Box 463023, Escondiddo, CA 92046-3023 |
| 518074782 | | Email/Text: billing@assa-nj.com | Oct 07 2020 22:17:00 | Atlantic Shore Surgical Associates, 478 Brick Blvd, Brick, NJ 08723-6077 |
| 518074783 | | EDI: BANKAMER.COM | Oct 08 2020 01:43:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 518256576 | | EDI: BANKAMER.COM | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Oct 08 2020 01:43:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 518074784 | EDI: BANKAMER.COM | | |
| | | Oct 08 2020 01:43:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 518074790 | EDI: CAPITALONE.COM | | |
| | | Oct 08 2020 01:43:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518074795 | EDI: LCITDAUTO | | |
| | | Oct 08 2020 01:43:00 | Chrysler Financial, PO Box 551080, Jacksonville, FL 32255 |
| 518197075 | + EDI: LCIFULLSRV | | |
| | | Oct 08 2020 01:43:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518074798 | EDI: COMCASTCBLCENT | | |
| | | Oct 08 2020 01:43:00 | COMCAST, 505 N Main St, Manahawkin, NJ 08050-3021 |
| 518074789 | EDI: CAPITALONE.COM | | |
| | | Oct 08 2020 01:43:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518173230 | + EDI: AIS.COM | | |
| | | Oct 08 2020 01:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518074793 | + Email/Text: bankruptcy@certifiedcollection.com | | |
| | | Oct 07 2020 22:17:00 | Certified Credit & Collection Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 518074801 | + EDI: CONVERGENT.COM | | |
| | | Oct 08 2020 01:43:00 | Convergent Outsourcing, Inc., 800 SW 39th St, Renton, WA 98057-4927 |
| 518074802 | Email/Text: bankruptcy@credencerm.com | | |
| | | Oct 07 2020 22:17:00 | Credence Resource Management, LLC, PO Box 2210, Southgate, MI 48195-4210 |
| 518074803 | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | Oct 07 2020 22:16:00 | Credit Acceptance, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 518074804 | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | Oct 07 2020 22:16:00 | Credit Acceptance Corp, PO Box 513, Southfield, MI 48037-0513 |
| 518074805 | EDI: CCS.COM | | |
| | | Oct 08 2020 01:43:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 518074809 | EDI: DIRECTV.COM | | |
| | | Oct 08 2020 01:43:00 | DIRECTV, 2230 E Emperial Hwy, El Segundo, CA 90245 |
| 518239918 | + EDI: AIS.COM | | |
| | | Oct 08 2020 01:43:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518074811 | EDI: DCI.COM | | |
| | | Oct 08 2020 01:43:00 | Diversified Consultant, PO Box 551268, Jacksonville, FL 32255-1268 |
| 518074820 | EDI: CCS.COM | | |
| | | Oct 08 2020 01:43:00 | Geico Indemnity Company, c/o Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 518074827 | EDI: IIC9.COM | | |
| | | Oct 08 2020 01:43:00 | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 518074830 | Email/Text: abachman@rmbcollect.com | | |
| | | Oct 07 2020 22:17:00 | JFK Medical Center, PO Box 11913, Newark, NJ 07101-4913 |
| 518074835 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 07 2020 22:56:08 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518074838 | + Email/Text: bknotices@mbandw.com | | |
| | | Oct 07 2020 22:17:00 | Mccarthy, Burgess & Wolfe, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 518074842 | Email/Text: ebn@rwjbh.org | | |
| | | Oct 07 2020 22:17:00 | Monmouth Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 518074856 | Email/Text: Supportservices@receivablesperformance.com | | |
| | | Oct 07 2020 22:17:00 | Receivables Performance Management, LLC, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 518074859 | Email/Text: rwjebn@rwjbh.org | | |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 148 | Total Noticed: 123 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 07 2020 22:18:00 | Robert Wood Johnson University Hospital, PO Box 15448, Newark, NJ 07192-5448 |
| 518074861 | | EDI: DRIV.COM | Oct 08 2020 01:43:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518074862 | | Email/Text: bankruptcy@savit.com | Oct 07 2020 22:18:00 | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518074864 | | Email/Text: clientservices@simonsagency.com | Oct 07 2020 22:17:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518074865 | + | EDI: SWCR.COM | Oct 08 2020 01:43:00 | Southwest Credit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 518074870 | | EDI: TDBANKNORTH.COM | Oct 08 2020 01:43:00 | TD Bank, NA, PO Box 1377, Lewiston, ME 04243-1377 |
| 518255533 | | EDI: BANKAMER.COM | Oct 08 2020 01:43:00 | TIAA, FSB, FORMERLY KNOWN AS EVERBANK, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518239892 | + | EDI: AIS.COM | Oct 08 2020 01:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518074883 | | EDI: VERIZONCOMB.COM | Oct 08 2020 01:43:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 518074884 | | EDI: VERIZONCOMB.COM | Oct 08 2020 01:43:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Florence Hirschfeld bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Oct 07, 2020 | Form ID: 148 | Total Noticed: 123 |

Denise E. Carlon
    on behalf of Creditor TIAA  FSB, FORMERLY KNOWN AS EVERBANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor TIAA  FSB, FORMERLY KNOWN AS EVERBANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7